U.S. DISTRICT COURT JUDGE JAMES L. ROBART

1

2

3

4

5

6

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   NATHAN H. DODGE,                          )
                                             )   Civil No.  C17-1895-JLR
8                    Plaintiff,               )
                                             )
9             v.                              )   [PROPOSED] ORDER
                                             )
10  NANCY A. BERRYHILL, Acting                )   Clerk's Action Required
    Commissioner of Social Security,         )
11                                            )
                     Defendant.               )
12                                            )
                                             )

13

14    THIS MATTER having been brought before this Court upon the Parties' Stipulated

15  Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully

16  considered this matter:

17    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is

18  Granted and Plaintiff is awarded attorneys' fees in the amount of $6,065.27, and reimbursement

19  of expenses in the amount of $26.97, for a total of $6,092.24 pursuant to the Equal Access to

20  Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct.

21  2521 (2010).  Plaintiff is also awarded $7.10 in costs under 28 U.S.C. § 1920.

22    The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F

23  Street, Bellingham, WA 98225.  If it is determined that Plaintiff's EAJA fees are not subject to

24

ROBEY NAMBA, P.S.
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

[PROPOSED] ORDER - 1

1   any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA

2   fees shall be made payable to Robey Namba, P.S. based upon Plaintiff's assignment of these

3   amounts to Plaintiff's attorney as evidenced in the Stipulated Motion and Administrative Record.

4       The Clerk is directed to strike Plaintiff's prior Motion for Attorney Fees at ECF

5   Document #17 as that motion is now moot.

6       DATED this 5th day of December, 2018.

7

8                   JAMES L. ROBART

9                   United States District Judge

10

11

12       RESPECTFULLY PRESENTED on December 4, 2018 by:

13                   ROBEY NAMBA, P.S.

14                   s/ David A. Namba
                David A. Namba, WSBA# 29347

15                   Attorney for Plaintiff
                Robey Namba, P.S.

16                   1414 F Street
                Bellingham, WA 98225
                Telephone: 360.676.2548

17                   Fax: 360.647.7838
                E-mail: mail@robeynambalaw.com

18

19

20

21

22

23

24

[PROPOSED] ORDER - 2

1

CERTIFICATE OF SERVICE

2

I hereby certify that on December 4, 2018, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4

following:

5

David J. Burdett
Special Assistant U.S. Attorney

6

Office of the General Counsel
Social Security Administration

7

701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

8

Telephone: (206)615-2522
Fax: (206) 615-2531

9

E-mail: david.burdett@ssa.gov

10

I certify that I also sent a copy of the Proposed Order in MS Word format to the

11

Honorable Judge James L. Robart via e-mail.

12

s/ David A. Namba
David A. Namba

13

Robey Namba, P.S.
1414 F Street

14

Bellingham, WA 98225
Telephone: (360) 676-2548

15

Fax: (360) 647-7838
E-mail: mail@robeynambalaw.com

16

17

18

19

20

21

22

23

24

ROBEY NAMBA, P.S.
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

[PROPOSED] ORDER - 3